UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 95-2836

JANETTE MOSLEY,

Plaintiff - Appellant,

versus

LOW COUNTRY MEDIA, INCORPORATED,

Defendant - Appellee.

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  David C. Norton, District Judge.
(CA-94-2317-2-18)

Submitted:  February 27, 1996        Decided:  March 21, 1996

Before HALL and WILKINS, Circuit Judges, and CHAPMAN, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Janette Mosley, Appellant Pro Se.  Henry Ellerbe Grimball, GRIMBALL
& CABANISS, Charleston, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order dismissing her employment discrimination suit as untimely. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Mosley v. Low Country Media</u>, No. CA-94-2317-2-18 (D.S.C. Sept. 13, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>